**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON**

UNITED STATES OF AMERICA,                    )
                                             )
                        Plaintiff,           )
            v.                               )
                                             )
WALTINE NAUTA, and                           )
CARLOS DE OLIVEIRA,                          )
                                             )
                        Defendants.          )
_____     )

**NOTICE OF APPEAL**

The United States hereby appeals, to the United States Court of Appeals for the

Eleventh Circuit, this Court's Order and temporary injunction of January 7, 2025,  ECF

No. 682.

Dated:  January 9, 2025                 Respectfully submitted,

                                        JACK SMITH
                                        Special Counsel
                                        Bar No. 2678084

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General


                                         _s/ Elizabeth J. Shapiro_
                                        ELIZABETH J. SHAPIRO
                                        D.C. Bar No. 418925
                                        Special Bar ID #A5502352
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883
                                        Washington, D.C. 20044